☐ ORIGINAL

**08 CIV. 6055**

CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Attorneys for Defendant, JPMorgan Chase Bank, N.A.

**JUDGE KARAS**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL CONN,<br><br>                    Plaintiff(s),<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendants. | Civil Action No. _____<br>ECF Case<br><br><br>FEDERAL RULE OF CIVIL<br>PROCEDURE 7.1 DISCLOSURE<br>STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for JPMorgan Chase Bank, N.A. ("JPMC") hereby certifies that JPMC is a wholly owned subsidiary of JPMorgan Chase & Co. No other publicly traded corporation owns 10% or more of its stock.

CONNELL FOLEY LLP
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

By: _____
MATTHEW S. SCHULTZ

Dated: July 1, 2008

1960948-01                                       4